UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

vs.                                        Case No. 8:08-cv-2111-JDW-TGW

13949 W. HILLSBOROUGH AVE., LLC,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Stipulation for Voluntary Dismissal With Prejudice. (Dkt. 20). In accordance with the stipulation, it is **ORDERED** that this cause is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction for the purpose of determining motions for attorney's fees and costs. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** in chambers on this 25th day of August, 2009.

                                                    JAMES D. WHITTEMORE
                                                  United States District Judge

Copies to:
Counsel of Record